RECEIVED
JUL 01 2019
DEBORAH S. HUNT, CLERK

United States Court of Appeals
For the Sixth Circuit
Case No. 19-5340

Terrance Miles                               Appellant

v.     On Appeal From The United States District
       Court Western District of Kentucky at Louisville
       Joseph H. McKinley Jr., District Judge
       No. 3:17CV-00558-JHM-RSE

Scott Jordan, Warden                         Appellee
Luther Luckett Correctional Complex

## Motion To Return Appellant To The Custody of Scott Jordan, Warden Luther Luckett Correctional Complex

Comes now the Appellant, Terrance Miles, pro se, respectfully moving this Honorable Court to issue an Order Directing David Green, Warden at Eastern Kentucky Correctional Complex, to return custody of Miles to Scott Jordan, Warden at Luther Luckett Correctional Complex. As grounds for this Motion, Miles states the following:

1. Miles currently has a habeas corpus pending before this Court (Miles v. Jordan).

2. On the 25th day of June, 2019, Miles was abruptly transferred from Luther Luckett Correctional Complex to Eastern Kentucky Correctional Complex.

1.

3. Federal Rules of Appellate Procedure 23(a) reads:

Transfer of Custody Pending Review. Pending review of a decision in a habeas corpus proceeding commenced before a court, justice, or judge of the United States for the release of a prisoner, the person having custody of the prisoner must not transfer custody to another unless a transfer is directed in accordance with this rule. When, upon application, a custodian shows the need for a transfer, the court, justice, or judge rendering the decision under review may authorize the transfer and substitute the successor custodian as a party.

4. Miles' transfer was not in accordance with Rule 23(a) and there was no "need for a transfer."

5. Miles' documents pertaining to this case is on his legal Aide, Aldean Henderson's computer at Luther Luckett Correctional Complex.

WHEREFORE, Miles moves this Honorable Court to Order David Green, Warden at Eastern Kentucky Correctional Complex to transfer Miles back to the original custodian, Scott Jordan, Warden at Luther Luckett Correctional Complex for Miles would suffer undue prejudice without the assistance of his Legal Aide, Aldean Henderson and the access to his computer.

Respectfully Submitted,
*T. Miles*
Terrance Miles, pro se

2.

Eastern Kentucky Correctional Complex
200 Road to Justice
West Liberty, KY 41472

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was mailed to Hon. James C. Shackelford, Assistant Attorney General, 1024 Capital Center Drive, Frankfort, KY 40601; Scott Jordan, Warden, Luther Luckett Correctional Complex, P.O. Box 6, LaGrange, KY 40031; and David Green, Warden, Eastern Kentucky Correctional Complex, 200 Road to Justice, West Liberty, KY 41472 on the 26th day of June, 2019.

Terrance Miles, pro se
*Terrance Miles*

3.

Terrance Miles 151766/ 7AL03
EKCC
200 Road to Justice
West Liberty, KY 41472

RECEIVED
JUL 01 2019
DEBORAH S. HUNT, Clerk

Office of the Clerk
U. S. Court of Appeals
540 Potter Stewart Courthouse
100 East Fifth Street
Cincinnatti, OH 45202-3988

EKCC Inmate Mail
Not Responsible for Content

EKCC LEGAL MAIL

JUN 28 2019

$000.80

45202-3988 C023